IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCIA HOLDAHL,  No. CV 07-417-MO

       Plaintiff,  JUDGMENT

   v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

       Defendant.

**MOSMAN, J.,**

   Based on the record,

   IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

   DATED this  12th  day of June, 2008.

                        /s/ Michael W. Mosman
                        MICHAEL W. MOSMAN
                        United States District Judge

PAGE 1 - JUDGMENT